2015 DEC 21  AM 10: 29

acc

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELENA TINOCO,<br><br>　　　　Defendant. | Case No.: 14cr3244-DMS<br><br>**ORDER AND JUDGMENT** |

　　Upon motion of the United States and good cause appearing,

　　IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed with prejudice.

　　IT IS SO ORDERED.

DATED: December __21__, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE NITA L. STORMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge